# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**GARY BLOHM**
2575 West Brewster Street
Appleton, Wisconsin 54914
    Plaintiff,

vs.            **Case No.** 16 CV 134

**WASTE MANAGEMENT OF WISCONSIN, INC.**
1001 Fannin Street
Houston, TX 77002
    Defendant.

## STIPULATION AND ORDER FOR DISMISSAL

  IT IS STIPULATED that the parties have resolved this matter by mutual agreement.

Accordingly, the parties request that the Court enter an Order to dismiss this matter with prejudice and without costs.

| FRANZ J. MAURER, ATTORNEY AT LAW | LITTLER MENDELSON, PC |
|---|---|
| By: s/Franz J. Maurer<br>Franz J. Maurer, SBN 1029708<br>Attorney for the Plaintiff<br>506 N. Oneida Street<br>Appleton, WI 54911<br>Telephone: (920) 574-2720 | By: s/Michael A. Wilder<br>Michael A. Wilder, SBN 6291053<br>Attorney for the Defendant<br>321 N. Clark Street, Suite 1000<br>Chicago, IL 60654<br>Telephone: (312) 372-5520 |
| Dated: December 20, 2016 | Dated: December 20, 2016 |